# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>DANDREA YOUNG,<br><br>        Defendant. | Case No. 2:10-cr-425-HDM-RJJ<br><br>**ORDER MODIFYING BOND** |

    Due to a clerical error the condition that the defendant participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by pretrial services and pay the associated cost of the program based upon his ability to pay (condition s) was omitted from the Appearance Bond, Document #11, issued September 21, 2011.

    **IT IS HEREBY ORDERED** that the following condition, previously ordered, be incorporated into the Appearance Bond, Docket #11, issued September 21, 2011. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by pretrial services and pay the associated cost of the program based upon his ability to pay (s).

    DATED this 22 day of February, 2012.

                                                     _____<br>
                                                   GEORGE FOLEY, JR.<br>
                                                   United States Magistrate Judge